**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal Action No. 11-00231-KD-N** |
| | ) | |
| **MATRICE DANIELLE WALKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on defendant Matrice Danielle Walker's motion pursuant to the First Step Act (doc. 95). Walker completed his original sentence. He is now serving a 9-month sentence for revocation of supervised release (doc. 94). Walker asserts that he should be given 19 days of good time credit pursuant to the Act. He moves the Court to grant his relief and "order that the [Bureau of Prisons] apply the First Step Act to his current term of imprisonment by reducing its duration accordingly." (doc. 95, p. 2).

The First Step Act directs the Attorney General acting through the Director of the Bureau of Prisons to take certain actions regarding the calculation of good time credit for federal prisoners. *See* 18 U.S.C. § 3632; 18 U.S.C. § 3624. The Act did not give the federal courts authority to calculate the good time credit. *See United States v. Kamber*, 2019 WL 399935, at *2 (S.D. Ill. Jan. 31, 2019) (slip copy) ("To the extent the defendant asks the Court to order other relief under the First Step Act such as, for example, additional sentence credit, the Bureau of Prisons will determine how to implement those portions of the act. Should the defendant dispute that determination, he may then file a lawsuit after exhausting administrative remedies."). Therefore, this Court does not have jurisdiction to re-calculate Walker's good time credit. Accordingly, the motion is DISMISSED for lack of jurisdiction.

**DONE** and **ORDERED** this 27th day of February 2019.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**